# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GAIL SMITH, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. |
| | : 1:04-CV-3037-RWS |
| JOANNE BARNHART, | : |
| | : |
| Defendant. | : |

## ORDER

This case is before the Court for consideration of Plaintiff's Application for Attorney's Fees Under the Equal Access to Justice Act [14]. The Motion is unopposed. Based upon Plaintiff's showing, Plaintiff's Motion is hereby **GRANTED**, and Plaintiff is awarded attorney's fees of $2,100.00 and costs of $150.00.

SO ORDERED, this   25th   day of October, 2005.

/s/ Richard W. Story
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A